UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF VERMONT

| | |
|---|---|
| JONATHAN A. BLOOM, )<br>)<br>    Plaintiff, )<br>)<br>    v. )<br>)<br>)<br>SYLVIA M. BURWELL, )<br>Secretary of the U.S. Department )<br>of Health and Human Services, )<br>)<br>    Defendant. ) | Civil No. 5:16-cv-121 |

**SECRETARY'S SUPPLEMENTAL RESPONSE TO
PLAINTIFF'S POST-HEARING MEMORANDUM**

Defendant Sylvia M. Burwell, Secretary of the United States Department of Health and Human Services ("the Secretary") files this supplemental response to Plaintiff's Post-Hearing Memorandum to advise the Court of the status of the Secretary's efforts to reach an agreement with Plaintiff for entry of an order for remand of this case for further proceedings pursuant to Sentence Six.

The Secretary drafted and circulated a proposed order seeking to find middle ground for the conduct of remand proceedings before the Secretary. The Plaintiff advised the undersigned that the Secretary's proposed Order was not acceptable.

The Secretary respectfully requests the Court to rule on her pending motion and enter the proposed Order, filed herewith, granting her motion for remand pursuant to Sentence Six.

Dated at Burlington, in the District of Vermont this 27th day of October, 2016.

                                      Respectfully submitted,

                                      ERIC S. MILLER
                                      United States Attorney
                                      Attorney for Defendant Sylvia M. Burwell

By:    /s/ *Melissa A. D. Ranaldo*
                                      MELISSA A.D. RANALDO
                                      Assistant United States Attorney
                                      P.O. Box 570
                                      Burlington, VT 05401
                                      Tel.: (802) 951-6725
                                      Fax: (802) 951-6540
                                      Melissa.Ranaldo@usdoj.gov

Of Counsel:

MARGARET M. DOTZEL
Acting General Counsel

JAN B. BROWN
Acting Chief Counsel, Region I

JILL STEINBERG
Assistant Regional Counsel
Department of Health and Human Services
J.F.K. Bldg., Rm. 2250
Boston, MA 02203
617-565-2391
Jill.Steinberg@hhs.gov