U.S. DISTRICT COURT
DISTRICT OF VERMONT
FILED

2016 DEC 16  AM 10: 01

CLERK

BY_____
DEPUTY CLERK

UNITED STATES DISTRICT COURT
DISTRICT OF VERMONT

| | |
|---|---|
| JONATHAN A. BLOOM, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> SYLVIA BURWELL in her official capacity ) <br> As Secretary, United States Department ) <br> Of Health and Human Services, ) <br> ) <br> Defendant. ) | Civil Action No. 5:16-cv-121 |

### NOTICE OF FILING OF
### CERTIFIED ADMINISTRATIVE RECORDS

The defendant, Sylvia Burwell, Secretary of the United States Department of Health and Human Services, hereby files the attached Administrative Records pursuant to the Court's November 17, 2016 Entry Order.

Dated at Burlington, in the District of Vermont, December 16, 2016.

Respectfully submitted,

UNITED STATES OF AMERICA

ERIC S. MILLER
United States Attorney

By: _____
MELISSA A.D. RANALDO
Assistant U.S. Attorney
P.O. Box 570
Burlington, VT 05402-0570
(802) 951-6725
Melissa.Ranaldo@usdoj.gov

1