# UNITED STATES DISTRICT COURT
for the
District of Vermont

| | |
|---|---|
| Jonathan A. Bloom<br><br>*Plaintiff(s)*<br><br>v.<br><br>Alex Azar, Secretary, United States Department of Health and Human Services<br><br>*Defendant(s)* | Civil Action No.  5:16-cv-121 |

## JUDGMENT IN A CIVIL ACTION

☐   **Jury Verdict.**

☑   **Decision by Court.**

**IT IS ORDERED AND ADJUDGED** that pursuant to the court's Opinion and Order (Document No. 50) filed January 29, 2018, plaintiff's Motion for Order Reversing Secretary's Decisions (Document No. 34) and defendant's Motion for Order Affirming Secretary's Decisions (Document No. 35) are GRANTED in PART and DENIED in PART.  Plaintiff's motion is DENIED and defendant's Motion is GRANTED with respect to the Medicare Appeals Council's decision dated November 13, 2015 (No. M-15-1505) and the Medicate Appeals Council's decision dated January 27, 2017 (No. M-16-10554).  The court lacks jurisdiction to review those decisions and plaintiff's challenge to those decisions is DISMISSED.

   Plaintiff's Motion is GRANTED and defendant's Motion is DENIED with respect to the Medicare Appeals Council's decision dated February 24, 2016 (No. M-15-4332).  The 2016 decision is REVERSED and the action is REMANDED to the Secretary under sentence of 42 U.S.C. § 405(g), with instructions to authorize coverage for the CGM items at issue.

Date:   January 30, 2018

*JEFFREY S. EATON*
*CLERK OF COURT*

JUDGMENT ENTERED ON DOCKET
DATE ENTERED:   1/30/2018

*/s/ Lisa Wright*
*Signature of Clerk or Deputy Clerk*