# EXHIBIT A

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF VERMONT

JONATHAN A. BLOOM,

    Plaintiff,

v.

Civil No. 5:16-cv-121

ALEX AZAR,
Secretary of the U.S. Department of Health
and Social Services,

    Defendant.

## DR. JONATHAN BLOOM'S DECLARATION RE: NET WORTH

1. I, Dr. Jonathan Bloom, make this statement of my own personal knowledge and, if called upon to do so, I could competently testify to the matters herein.

2. At the time this civil action was filed on April 29, 2016, my net worth was well below $2,000,000.

6. My financial status has not changed in any significant manner since the Complaint was filed.

7. My net worth does not exceed $2,000,000.

I declare, under the penalty of perjury, that the foregoing is true and correct to the best of my knowledge. Executed this _28_ day of February 2018.

                                       Dr. Jonathan Bloom

9334975.16