AO 133   (Rev. 12/09) Bill of Costs

# UNITED STATES DISTRICT COURT
for the
District of Vermont

| | | |
|---|---|---|
| Dr. Jonathan Bloom | ) | |
| | ) | |
| v. | ) | Case No.: 16-cv-121 |
| Alex Azar, in his offical capacity as Secretary of the Department of Health and Human Services | ) ) | |

## BILL OF COSTS

Judgment having been entered in the above entitled action on  01/30/2018  against  Defendant ,
                                                                                                                                    *Date*
the Clerk is requested to tax the following as costs:

| | |
|---|---:|
| Fees of the Clerk . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | $ 700.00 |
| Fees for service of summons and subpoena . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | |
| Fees for printed or electronically recorded transcripts necessarily obtained for use in the case . . . . . . | |
| Fees and disbursements for printing . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | |
| Fees for witnesses *(itemize on page two)* . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 0.00 |
| Fees for exemplification and the costs of making copies of any materials where the copies are necessarily obtained for use in the case . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | |
| Docket fees under 28 U.S.C. 1923 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | |
| Costs as shown on Mandate of Court of Appeals . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | |
| Compensation of court-appointed experts . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | |
| Compensation of interpreters and costs of special interpretation services under 28 U.S.C. 1828 . . . . . | |
| Other costs *(please itemize)* . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | |
| TOTAL | $ 700.00 |

*SPECIAL NOTE:*  Attach to your bill an itemization and documentation for requested costs in all categories.

## Declaration

I declare under penalty of perjury that the foregoing costs are correct and were necessarily incurred in this action and that the services for which fees have been charged were actually and necessarily performed.  A copy of this bill has been served on all parties in the following manner:

☑  Electronic service            ☐  First class mail, postage prepaid

☐  Other:  _____

s/ Attorney:   Craig S. Nolan, Esq.

Name of Attorney:   Craig S. Nolan, Esq.

For:   Jonathan A. Bloom                                                            Date:   03/01/2018
         *Name of Claiming Party*

## Taxation of Costs

Costs are taxed in the amount of _____ and included in the judgment.

                                                   By:  _____
*Clerk of Court*                                              *Deputy Clerk*                                                     *Date*

# UNITED STATES DISTRICT COURT

| | ATTENDANCE | | SUBSISTENCE | | MILEAGE | | |
|---|---|---|---|---|---|---|---|
| **Witness Fees (computation, cf. 28 U.S.C. 1821 for statutory fees)** ||||||||
| NAME, CITY AND STATE OF RESIDENCE | Days | Total Cost | Days | Total Cost | Miles | Total Cost | Total Cost Each Witness |
| | | | | | | | $0.00 |
| | | | | | | | $0.00 |
| | | | | | | | $0.00 |
| | | | | | | | $0.00 |
| | | | | | | | $0.00 |
| | | | | | | | $0.00 |
| | | | | | | TOTAL | $0.00 |

**NOTICE**

**Section 1924, Title 28, U.S. Code (effective September 1, 1948) provides:**
"Sec. 1924. Verification of bill of costs."
    "Before any bill of costs is taxed, the party claiming any item of cost or disbursement shall attach thereto an affidavit, made by himself or by his duly authorized attorney or agent having knowledge of the facts, that such item is correct and has been necessarily incurred in the case and that the services for which fees have been charged were actually and necessarily performed."

**See also Section 1920 of Title 28, which reads in part as follows:**
    "A bill of costs shall be filed in the case and, upon allowance, included in the judgment or decree."

**The Federal Rules of Civil Procedure contain the following provisions:**
**RULE 54(d)(1)**

Costs Other than Attorneys' Fees.
    Unless a federal statute, these rules, or a court order provides otherwise, costs — other than attorney's fees — should be allowed to the prevailing party. But costs against the United States, its officers, and its agencies may be imposed only to the extent allowed by law. The clerk may tax costs on 14 day's notice. On motion served within the next 7 days, the court may review the clerk's action.

**RULE 6**

(d) Additional Time After Certain Kinds of Service.

    When a party may or must act within a specified time after service and service is made under Rule 5(b)(2)(C), (D), (E), or (F), 3 days are added after the period would otherwise expire under Rule 6(a).

**RULE 58(e)**

Cost or Fee Awards:

    Ordinarily, the entry of judgment may not be delayed, nor the time for appeal extended, in order to tax costs or award fees. But if a timely motion for attorney's fees is made under Rule 54(d)(2), the court may act before a notice of appeal has been filed and become effective to order that the motion have the same effect under Federal Rule of Appellate Procedure 4(a)(4) as a timely motion under Rule 59.

# SHEEHEY FURLONG & BEHM
## Time And Expense Details

Report ID: OT2025 - 41439  
Tuesday, February 27, 2018  
Date [04/01/2016 - 02/28/2018]  

Printed By   KAD  
Page   1

| Client | Client Reporting Name | Matter | Matter Reporting Name | Billing Timekeeper |
|---|---|---|---|---|
| 005154 | Bloom, Jonathan A. DDS | 00001 | Bloom v. Secretary of Health a | Nolan, Craig S |

### Unbilled Time

| Date | Timekeeper | Hours Worked | Hours To Bill | Rate | Amount | Task | Activity | Narrative |
|---|---|---|---|---|---|---|---|---|
| 2/6/2018 | CSN | 0.50 | 0.50 | 350.00 | $175.00 | | | Telecon Atty Pistorino re Court decision, potential motion for reconsideration re jurisdictional issue, potential appeal re same |
| 2/26/2018 | DMS | 0.70 | 0.70 | 125.00 | $87.50 | | | Proofread, edit motion to alter or amend judgment; file same per J. Pistorino; telecon, correspond J. Pistorino re same |

**Unbilled Time Totals**   1.20   1.20      $262.50

### Billed Time

| Date | Timekeeper | Hours Worked | Hours On Bill | Rate | Amount | Task | Activity | Narrative |
|---|---|---|---|---|---|---|---|---|
| 4/21/2016 | CSN | 0.90 | 0.00 | 325.00 | $0.00 | | | Telecon client, Atty Parrish re background [0.9 hrs NO CHARGE] |

| Post Date | Status | Entry Date | Original Post Period | Original Post Year |
|---|---|---|---|---|
| 04/30/2016 | Current Period | 04/21/2016 | 4 | 2016 |

| Date | Timekeeper | Hours Worked | Hours On Bill | Rate | Amount | Task | Activity | Narrative |
|---|---|---|---|---|---|---|---|---|
| 4/22/2016 | CSN | 0.40 | 0.40 | 325.00 | $130.00 | | | Correspond Atty Parrish re complaint; telecon client re suit |
| 4/25/2016 | CSN | 1.10 | 1.10 | 325.00 | $357.50 | | | Review draft complaint; correspond co-counsel, client re complaint, next steps |
| 4/26/2016 | CSN | 0.40 | 0.40 | 325.00 | $130.00 | | | Review revised complaint; correspond co-counsel re same |
| 4/29/2016 | CSN | 2.00 | 2.00 | 325.00 | $650.00 | | | Review and revise draft complaint, exhibits |
| 5/1/2016 | CSN | 0.10 | 0.10 | 325.00 | $32.50 | | | Correspond client, co-counsel re docketed complaint |
| 5/3/2016 | CSN | 0.10 | 0.10 | 325.00 | $32.50 | | | Correspond Atty Parrish re service of complaint |
| 6/9/2016 | CSN | 0.10 | 0.10 | 325.00 | $32.50 | | | Execute return of service of complaint |
| 6/22/2016 | CSN | 0.20 | 0.20 | 325.00 | $65.00 | | | Revise draft affidavit for admission pro hac vice of co-counsel |
| 6/23/2016 | AER | 0.50 | 0.00 | 0.00 | $0.00 | | | Hand-deliver two Motions for Admission Pro Hac Vice to U.S. District Court |
| 6/24/2016 | CSN | 0.20 | 0.20 | 325.00 | $65.00 | | | Telecon & correspond AUSA Ranaldo re government's motion to extend deadline for answer |
| 8/2/2016 | CSN | 0.10 | 0.10 | 325.00 | $32.50 | | | Telecon & correspond AUSA Renaldo re sentence 6 remand; correspond client, co-counsel re same |
| 8/3/2016 | CSN | 0.10 | 0.10 | 325.00 | $32.50 | | | Correspond Atty Parrish re remand request by government |
| 8/4/2016 | CSN | 0.20 | 0.20 | 325.00 | $65.00 | | | Review government's draft motion to remand |
| 8/5/2016 | CSN | 0.20 | 0.20 | 325.00 | $65.00 | | | Telecon Atty Parrish re government's draft motion to remand |
| 8/10/2016 | CSN | 0.20 | 0.20 | 325.00 | $65.00 | | | Review government's motion to remand |
| 8/16/2016 | CSN | 0.30 | 0.30 | 325.00 | $97.50 | | | Review draft of opposition to government's motion to remand |
| 8/16/2016 | JAB | 1.30 | 0.00 | 0.00 | $0.00 | | | Review draft opposition to defendant's motion for remand; review defendant's motion for remand |
| 8/17/2016 | JAB | 7.70 | 0.00 | 0.00 | $0.00 | | | Review draft opposition to defendant's motion for remand; review decision of Medicare Appeals Council and Administrative Law Judges; confer CSN re opposition brief; compose email to Atty Parrish re same; research case law re sentence six remands |

# SHEEHEY FURLONG & BEHM
## Time And Expense Details

Report ID:   OT2025 - 41439  
Tuesday, February 27, 2018  
Date [04/01/2016 - 02/28/2018]  
Printed By   KAD  
Page   2

### Billed Time

| Date | Timekeeper | Hours Worked | Hours On Bill | Rate | Amount | Task | Activity | Narrative |
|---|---|---|---|---|---|---|---|---|
| 8/17/2016 | CSN | 0.10 | 0.10 | 325.00 | $32.50 | | | Correspond Atty Parrish re draft opposition to motion to remand |
| 8/18/2016 | JAB | 8.50 | 0.00 | 0.00 | $0.00 | | | Research sentence six and sentence four remand case law, review same; review complaint and exhibits; review revised opposition to defendant's motion for remand; review Medicare statutory provisions re coverage determinations; review cases cited in defendant's motion to remand; draft outline for arguments in opposition brief |
| 8/19/2016 | JAB | 7.90 | 7.90 | 225.00 | $1,777.50 | | | Review sentence six and sentence four remand case law; confer CSN re same; compose email to Atty Parrish re case law support for opposition brief arguments; email correspondence with Atty Parrish re same |
| 8/20/2016 | JAB | 0.90 | 0.90 | 225.00 | $202.50 | | | Compose email to Atty Parish re remand case law and suggested revisions to opposition brief |

| Post Date | Status | Entry Date | Original Post Period | Original Post Year |
|---|---|---|---|---|
| 08/31/2016 | Current Period | 08/20/2016 | 8 | 2016 |

| Date | Timekeeper | Hours Worked | Hours On Bill | Rate | Amount | Task | Activity | Narrative |
|---|---|---|---|---|---|---|---|---|
| 8/20/2016 | JAB | 1.60 | 0.00 | 0.00 | $0.00 | | | Compose email to Atty Parish re case law support for arguments in opposition brief and suggested revisions to opposition brief |
| 8/23/2016 | CSN | 0.70 | 0.00 | 0.00 | $0.00 | | | Revise draft opposition to motion to remand |
| 8/24/2016 | CSN | 2.10 | 2.10 | 325.00 | $682.50 | | | Revise draft opposition to motion to remand |
| 9/29/2016 | CSN | 4.90 | 4.90 | 325.00 | $1,592.50 | | | Attend hearing on motion for remand; travel to/from Rutland for same; telecon Atty Parrish re same; confer AUSA Renaldo re same |
| 9/30/2016 | CSN | 0.20 | 0.20 | 325.00 | $65.00 | | | Telecon Atty Parrish re submission of proposed remand order language pertaining to deadline; review/revise same |
| 10/3/2016 | CSN | 0.20 | 0.20 | 325.00 | $65.00 | | | Review Atty Parrish's draft post-hearing memo; correspond Atty Parrish re same |
| 10/3/2016 | CSN | 1.50 | 1.50 | 325.00 | $487.50 | | | Revise draft post-hearing memo |
| 10/5/2016 | CSN | 0.90 | 0.90 | 325.00 | $292.50 | | | Revise post-hearing memo/proposed order; correspond Atty Parrish re same |
| 10/6/2016 | CSN | 0.40 | 0.40 | 325.00 | $130.00 | | | Review Secretary's post-hearing memo; telecon AUSA Renaldo re same |
| 10/27/2016 | CSN | 0.10 | 0.10 | 325.00 | $32.50 | | | Review Secretary's opposition to post-hearing memo; correspondence to Atty Parrish re same |
| 1/3/2017 | CSN | 0.10 | 0.10 | 335.00 | $33.50 | | | Correspond Atty Parrish re escalation |
| 1/9/2017 | CSN | 0.10 | 0.10 | 335.00 | $33.50 | | | Correspond Atty Parrish re administrative record, subsequent GCM claim, potential further hearing on motion for remand |
| 1/19/2017 | CSN | 0.10 | 0.10 | 335.00 | $33.50 | | | Correspond client re denial of Motion for Remand, next steps |
| 1/20/2017 | CSN | 0.10 | 0.10 | 335.00 | $33.50 | | | Correspond Attys Renaldo, Parrish re briefing schedule |
| 1/23/2017 | CSN | 0.20 | 0.20 | 335.00 | $67.00 | | | Correspond Atty Parrish re new ALJ decision, review by MAC |
| 1/29/2017 | CSN | 0.20 | 0.20 | 335.00 | $67.00 | | | Review MAC decision; correspond Atty D. Parrish, client re next steps |
| 1/30/2017 | CSN | 0.10 | 0.10 | 335.00 | $33.50 | | | Correspond Atty D. Parrish re amending complaint |
| 1/31/2017 | CSN | 0.30 | 0.30 | 335.00 | $100.50 | | | Review, revise draft Amended Complaint; correspond Atty D. Parrish re same |
| 2/3/2017 | CSN | 0.90 | 0.90 | 335.00 | $301.50 | | | Revise Amended Complaint |

| Post Date | Status | Entry Date | Original Post Period | Original Post Year |
|---|---|---|---|---|
| 02/28/2017 | Current Period | 02/03/2017 | 2 | 2017 |

# SHEEHEY FURLONG & BEHM
## Time And Expense Details

Report ID:   OT2025 - 41439  
Tuesday, February 27, 2018  
Date [04/01/2016 - 02/28/2018]  
Printed By   KAD  
Page   3

### Billed Time

| Date | Timekeeper | Hours Worked | Hours On Bill | Rate | Amount | Task | Activity | Narrative |
|------|------------|--------------|---------------|------|--------|------|----------|-----------|
| 2/8/2017 | CSN | 0.50 | 0.50 | 335.00 | $167.50 | | | Correspond Atty D. Parrish re Secretary's position on scheduling; correspond USAO re Amended Complaint; correspond Atty D. Parrish re Local Rules; telecon AUSA M. Renaldo re timing of answer/record |
| 2/22/2017 | CSN | 0.20 | 0.20 | 335.00 | $67.00 | | | Revise Opposition to Secretary's Motion for Extension to File Answer and Administrative Record; correspond Atty D. Parrish re same |
| 4/17/2017 | CSN | 0.10 | 0.10 | 335.00 | $33.50 | | | Correspond Atty Parrish re selection of ENE mediator |
| 4/18/2017 | CSN | 0.10 | 0.10 | 335.00 | $33.50 | | | Telecon clerk's office re eliminating ENE requirement in this matter; correspond Atty Parrish re same |
| 4/19/2017 | CSN | 0.20 | 0.20 | 335.00 | $67.00 | | | Telecon AUSA Renaldo re applicability of ENE (mediation) to this matter; correspond Atty Parrish re same |
| 4/26/2017 | CSN | 0.10 | 0.10 | 335.00 | $33.50 | | | Review Agency's draft motion to remove from ENE; correspond Atty Parrish, Renaldo re same |
| 6/6/2017 | CSN | 0.10 | 0.10 | 335.00 | $33.50 | | | Telecon AUSA Renaldo, court clerk re Court letter re discovery schedule |
| 6/9/2017 | CSN | 0.50 | 0.50 | 335.00 | $167.50 | | | Correspond AUSA Renaldo re scheduling order; revise proposed joint motion re same; telecons AUSA Renaldo re same |
| 6/13/2017 | CSN | 0.10 | 0.10 | 335.00 | $33.50 | | | Correspond AUSA Renaldo re motion schedule |
| 7/10/2017 | CSN | 4.20 | 2.90 | 335.00 | $971.50 | | | Revise draft motion for reversing Secretary's decision; correspond Atty Parrish re same; correspond client re same |

| Post Date | Status | Entry Date | Original Post Period | Original Post Year |
|-----------|--------|------------|---------------------|--------------------|
| 07/31/2017 | Current Period | 07/10/2017 | 7 | 2017 |

| Date | Timekeeper | Hours Worked | Hours On Bill | Rate | Amount | Narrative |
|------|------------|--------------|---------------|------|--------|-----------|
| 9/20/2017 | CSN | 0.10 | 0.10 | 335.00 | $33.50 | Telecon Atty Petrino (Parrish associate) re reply brief |

| Post Date | Status | Entry Date | Original Post Period | Original Post Year |
|-----------|--------|------------|---------------------|--------------------|
| 09/30/2017 | Current Period | 09/20/2017 | 9 | 2017 |

| Date | Timekeeper | Hours Worked | Hours On Bill | Rate | Amount | Narrative |
|------|------------|--------------|---------------|------|--------|-----------|
| 9/21/2017 | CSN | 0.20 | 0.20 | 335.00 | $67.00 | Correspond co-counsel re extension; correspond AUSA re same; draft motion to extend |
| 9/26/2017 | CSN | 0.90 | 0.90 | 335.00 | $301.50 | Review, revise, finalize draft reply brief; correspond Atty Parrish re same |
| 10/11/2017 | CSN | 0.10 | 0.10 | 335.00 | $33.50 | Correspond Atty Parrish re request by AUSA for extension |
| 10/13/2017 | CSN | 0.10 | 0.10 | 335.00 | $33.50 | Review sur-reply by agency |
| 10/31/2017 | CSN | 0.30 | 0.30 | 335.00 | $100.50 | Revise motion for leave to file notice of supplemental authority |
| 11/13/2017 | CSN | 0.10 | 0.10 | 335.00 | $33.50 | Correspond Atty Pistorino re reply re supplemental authority |
| 11/16/2017 | CSN | 0.20 | 0.20 | 335.00 | $67.00 | Revise draft reply re supplemental authority; correspond co-counsel re same |
| 12/7/2017 | CSN | 0.10 | 0.10 | 335.00 | $33.50 | Confer Atty Parrish re hearing |
| 1/3/2018 | CSN | 0.10 | 0.10 | 350.00 | $35.00 | Correspond Atty Parrish re draft letter requested by Court at hearing; review draft letter at request of Atty Parrish |

### Billed Time

| | Hours Worked | Hours On Bill | Amount |
|--|--------------|---------------|--------|
| Totals | 56.50 | 34.00 | $10,262.50 |

### Billed Expenses

| Date | Amount | Exp Code | Narrative |
|------|--------|----------|-----------|

# SHEEHEY FURLONG & BEHM
## Time And Expense Details

Report ID: OT2025 - 41439  
Tuesday, February 27, 2018  
Date [04/01/2016 - 02/28/2018]  
Printed By KAD  
Page 4

### Billed Expenses

| Date | Amount | Exp Code | Narrative |
|---|---|---|---|
| 4/29/2016 | $400.00 | CF | U.S. DISTRICT COURT -- filing fee |
| 5/31/2016 | $41.25 | PD | In-house postage -- May, 2016 |
| 6/23/2016 | $300.00 | CF | U.S. DISTRICT COURT -- pro hac vice admission fee (Parrish & Noonan) |
| 9/30/2016 | $81.00 | TE | CRAIG S. NOLAN; Travel to Rutland, VT 09/29/2016 |
| 9/30/2016 | $3.00 | TEM | CRAIG S. NOLAN; Travel expense (parking) expense Rutland, VT 09/29/2016 |
| 2/28/2017 | $29.40 | IHC | Document photocopy charge, 294 @ $.10/copy -- February, 2017 |

**Billed Expenses Totals** $854.65

| | Hours Worked | Hours To Bill | Fee Amount | Expense Amount | Total Amount |
|---|---|---|---|---|---|
| **Report Totals** | 57.70 | 35.20 | $10,525.00 | $854.65 | $11,379.65 |

*** End Of Report ***