# EXHIBIT B - AMENDED

**Parrish Law Offices**
**788 Washington Road**
**Pittsburgh, PA 15228**

3/26/2018

Jonathan Bloom
120 Nicklaus Circle
South Burlington, VT 05403

| TOTAL DUE |
|---|
| $ 118,829.99 |

| Service Date | Description | QTY | Hourly fee | Amount | Total per month |
|---|---|---|---|---|---|
| 3/7/2018 | Reviewing alter/amend opp, revise/review alter/amend reply, research re: same | 3.6 | $ 495.00 | 1,782.00 | |
| 3/8/2018 | Revise/review alter/amend reply, research re: same | 7.9 | $ 495.00 | 3,910.50 | |
| 3/9/2018 | Revise/review alter/amend reply, research re: same | 6.2 | $ 495.00 | 3,069.00 | |
| 3/15/2016 | Reviewing fee opp., research re: same | 1.2 | $ 495.00 | 594.00 | |
| 3/16/2018 | Revise/review fee reply, research re: same | 4.7 | $ 495.00 | 2,326.50 | |
| 3/19/2018 | Revise/review fee reply, research re: same | 5.1 | $ 495.00 | 2,524.50 | |
| 3/20/2018 | Revise/review fee reply, research re: same | 4.2 | $ 495.00 | 2,079.00 | |
| 3/21/2018 | Revise/review fee reply, research re: same | 3.5 | $ 495.00 | 1,732.50 | |
| 3/22/2018 | Revise/review fee reply, research re: same | 0.8 | $ 495.00 | 396.00 | |
| 3/16/2018 | Looked for CGM ALJ decision - precautionary/non-therapeitic for EAJA reply | 0.5 | $ 325.00 | 162.50 | |
| 3/20/2018 | Review of claims denied since Jan. ruling for EAJA | 0.25 | $ 525.00 | 131.25 | |
| 3/21/2018 | Review and revision of reply | 0.5 | $ 525.00 | 262.50 | |
| 3/22/2018 | Review of prior favorable ALJs and emailed them | 0.5 | $ 525.00 | 262.50 | |
| 3/23/2018 | Review of EAJA | 1.1 | $ 525.00 | 577.50 | 19,810.25 |
| 2/12/2018 | Revise/review motion to alter/amend | 2.1 | $ 495.00 | 1,039.50 | |
| 2/14/2018 | Revise/review motion to alter/amend | 3.3 | $ 495.00 | 1,633.50 | |
| 2/15/2018 | Revise/review motion to alter/amend | 1.7 | $ 495.00 | 841.50 | |
| 2/20/2018 | Revise/review motion to alter/amend | 3.6 | $ 495.00 | 1,782.00 | |
| 2/21/2018 | Revise/review motion to alter/amend | 3.9 | $ 495.00 | 1,930.50 | |
| 2/22/2018 | Revise/review motion to alter/amend | 4.5 | $ 495.00 | 2,227.50 | |
| 2/23/2018 | Revise/review motion to alter/amend | 2.8 | $ 495.00 | 1,386.00 | |
| 2/23/2018 | Reviewed the jurisdicctional challenge for federal action | 0.5 | $ 325.00 | 162.50 | |
| 2/26/2018 | Revise/review motion to alter/amend | 3.2 | $ 495.00 | 1,584.00 | |
| 2/27/2018 | Revise/review EAJA brief | 8.1 | $ 495.00 | 4,009.50 | |
| 2/28/2018 | Revise/review EAJA brief | 6.3 | $ 495.00 | 3,118.50 | |
| 2/28/2018 | Review and revision of billing statement and affidavit | 0.58333 | $ 525.00 | 306.25 | |
| 2/19/2018 | Postage | | | 54.02 | 20,075.27 |
| 1/2/2018 | Letter to the Court on other District Court CGM cases | 1.25 | $ 525.00 | 656.25 | |
| 1/2/2018 | reviewing transcript and letter re: pending cases | 1.8 | $ 495.00 | 891.00 | |
| 1/29/2018 | review decision, revise/review memo re: same | 1.3 | $ 495.00 | 643.50 | |
| 1/4/2018 | transcript of Bloom hearing | | | 191.25 | |
| 1/23/2018 | postage | | | 6.65 | 2,388.65 |
| 12/18/2017 | searched for Second Circuit case law on interpretation being inconsistent with regs | 2 | $ 325.00 | 650.00 | |
| 12/19/2017 | travel to and attend hearing with Judge Crawford in Vermont (5 am - 10 pm) | 17 | $ 525.00 | 8,925.00 | |
| 12/19/2017 | travel costs to attend Bloom District Court Hearing -meals | | | 35.20 | |
| 12/19/2017 | transportaion costs to attend Bloom District Court hearing | | | 891.77 | |
| 12/19/2017 | postage | | | 40.23 | 10,542.20 |
| 11/16/2017 | revision of reply | 0.33333 | $ 525.00 | 175.00 | |
| 11/26/2017 | postage and PACER | | | 91.29 | 266.29 |
| 10/13/2017 | reviewed and printed out govt sur-reply (Dkt. No. 40) per DMP | 0.16667 | $ 325.00 | 54.17 | 54.17 |
| 9/15/17 | review of reply and draft response | 2.5 | $ 525.00 | 1,312.50 | |
| 9/20/2017 | circled the substantive pleadings for TAT in Bloom for JP, answered related questions re same | 0.5 | $ 325.00 | 162.50 | |
| 9/21/2017 | research/ revise/ review reply re: MSJ | 3.5 | $ 495.00 | 1,732.50 | |
| 9/22/2017 | research/ revise/ review reply re: MSJ | 8.6 | $ 495.00 | 4,257.00 | |
| 9/23/2017 | research/ revise/ review reply re: MSJ | 4.7 | $ 495.00 | 2,326.50 | |

**Parrish Law Offices**
**788 Washington Road**
**Pittsburgh, PA  15228**

3/26/2018

**Jonathan Bloom**
**120 Nicklaus Circle**
**South Burlington, VT  05403**

| | | TOTAL DUE |
|---|---|---|
| | | $ 118,829.99 |

| Date | Description | Hours | Rate | Amount | Total |
|---|---|---|---|---|---|
| 9/24/2017 | research/ revise/ review reply re:  MSJ | 5.3 | $ 495.00 | 2,623.50 | |
| 9/25/2017 | research/ revise/ review reply re:  MSJ | 6.8 | $ 495.00 | 3,366.00 | |
| 9/25/2017 | searched for the DME citation to supplies being reimbursed by Medicare for proper functioning per DMP, emailed to JP | 0.5 | $ 325.00 | 162.50 | |
| 9/26/2017 | research/ revise/ review reply re:  MSJ | 4.2 | $ 495.00 | 2,079.00 | |
| 9/26/2017 | revisions of Reply brief | 6 | $ 525.00 | 3,150.00 | |
| 9/26/2017 | filled in AR, case, and pleading cites for Bloom response that JP wrote, looked for articles in AR that explain blood glucose relation to interstitial fluid; checked FDA approvals for use of term "medical device" per DMP; looked in Ars for evidence of prior favorable decisions for Bloom and other patients | 6 | $ 325.00 | 1,950.00 | |
| 9/22/2017 | postage | | | 49.44 | 23,171.44 |
| 8/28/2017 | PACER | | | 4.50 | 4.50 |
| 6/27/2017 | review of transcripts | 3.25 | $ 525.00 | 1,706.25 | |
| 6/28/2017 | summary judgement | 6 | $ 525.00 | 3,150.00 | |
| 6/30/2017 | revision of brief | 4.25 | $ 525.00 | 2,231.25 | |
| 7/3/2017 | draft of opening brief to local counsel and J. Bloom; addition of pinpoint cites and revision of brief | 2.16667 | $ 525.00 | 1,137.50 | |
| 5/19/2017 | PACER - legal database | | | 19.00 | |
| 5/19/2017 | postage | | | 20.44 | 8,264.44 |
| 4/11/2017 | pulled down the service notice for the AR and the Answer, saved to the system.  Reviewed the Answer and Affirmative Defenses | 0.75 | $ 325.00 | 243.75 | |
| 4/13/2017 | tried to access the Bloom AR for the Federal complaint numerous times; spoke with DMP and Melissa R. re the same. | 0.75 | $ 325.00 | 243.75 | |
| 4/17/2017 | checked the Bloom CD that arrived from US attorneys office; downloaded the AR from the CD and saved to system | 0.25 | $ 325.00 | 81.25 | 568.75 |
| 3/20/2017 | email re additional appeal | 0.25 | $ 525.00 | 131.25 | |
| 3/24/2017 | postage | | | 6.65 | 137.90 |

**Parrish Law Offices**
**788 Washington Road**
**Pittsburgh, PA  15228**

3/26/2018

| | TOTAL DUE |
|---|---|
| $ | 118,829.99 |

Jonathan Bloom
120 Nicklaus Circle
South Burlington, VT  05403

| Service Date | Description | QTY | Hourly Fee | Amount | Total per month |
|---|---|---|---|---|---|
| 2/8/2017 | emails re government's request for an extension and review of local rules | 0.5 | $ 525.00 | 262.50 | |
| 2/16/2017 | printed off extension request and reviewed | 0.16667 | $ 325.00 | 54.17 | |
| 2/20/2017 | review and response to Secretary's request for an extension | 3.25 | $ 525.00 | 1,706.25 | |
| 2/22/2017 | FU on extension | 0.16667 | $ 525.00 | 87.50 | 2,110.42 |
| 1/5/2017 | escalation request | 0.33333 | $ 525.00 | 175.00 | |
| 1/23/2017 | telephone conference MOD re request for extension; emails to and from client and local counsel re MAC's request for extension | 0.75 | $ 525.00 | 393.75 | |
| 1/24/2017 | telephone conference MOD re 5 day rule; email local counsel re 5 day extension | 0.75 | $ 525.00 | 393.75 | |
| 1/25/2017 | emails re briefing schedule | 0.25 | $ 525.00 | 131.25 | |
| 1/27/2017 | reviewed the MAC decision Bloom- Goga MAC appeal, scanned and saved to system | 0.5 | $ 325.00 | 162.50 | |
| 1/27/2017 | review of MAC decision; emails re same | 0.5 | $ 525.00 | 262.50 | |
| 1/30/2017 | amending complaint; emails on a mending complaint vs filing a second complaint | 2.5 | $ 525.00 | 1,312.50 | |
| 1/31/2017 | telephone conference Dr. Bloom re amending complaint; email C Nolan with date of ALJ decision | 0.33333 | $ 525.00 | 175.00 | |
| 1/24/2017 | postage | | | 6.45 | 3,012.70 |
| 12/6/2016 | revised court scheduling motion; email local counsel re same | 0.75 | $ 500.00 | 375.00 | |
| 12/19/2016 | postage | | | 20.03 | 395.03 |
| 11/7/2016 | review of FF decision; scan decision to Bloom and Nolan with explanatory email | 0.66667 | $ 500.00 | 333.34 | |
| 11/29/2016 | ALJ request 16-16 | 0.5 | $ 500.00 | 250.00 | 583.34 |
| 10/3/2016 | proofread the Proposed motion and order with regard to remaining JB's federal action back down to the MAC and sent drafts back to DMP; proofread the supplemental appeal letter for 16-02 MAC appeal and assembled attachments, created USPS mailing label.  Made copies for Judge Goga, Noridian, and C2C and labeled envelopes.  Emailed JB a copy | 1.75 | $ 295.00 | 516.25 | |
| 10/4/2016 | scanned in the NOH and exhibit list for 16-01 hearing; emailed to Dr. Bloom for his records | 0.16667 | $ 295.00 | 49.17 | |
| 10/5/2016 | review and revision of motion and order; emails re same | 0.33333 | $ 500.00 | 166.67 | |
| 10/6/2016 | responded to the Notice of Hearing for our ref no. 16-01. faxed | 0.25 | $ 295.00 | 73.75 | |
| 10/20/2016 | telephone conference Judge Chin's team re FF OTR; emails to JB and local counsel re same | 0.5 | $ 500.00 | 250.00 | |
| 10/27/2016 | review of proposed order; emails re same | 0.75 | $ 500.00 | 375.00 | |
| 10/21/2016 | postage | | | 12.90 | 1,443.73 |

**Parrish Law Offices**
**788 Washington Road**
**Pittsburgh, PA  15228**

3/26/2018

Jonathan Bloom
120 Nicklaus Circle
South Burlington, VT  05403

**TOTAL DUE**
**$ 118,829.99**

| Service Date | Description | QTY | Hourly Fee | Amount | Total per month |
|---|---|---|---|---|---|
| 9/6/2016 | MAC appeal of Goga unfavorable decision | 3.33333 | $ 500.00 | 1,666.67 | |
| 9/8/2016 | telephone conference re beneficiary helpline and status of Chinn case; emails re same; vm Judge Chinn's team requesting copy of decision | 0.5 | $ 500.00 | 250.00 | |
| 9/9/2016 | MAC appeal | 2 | $ 500.00 | 1,000.00 | |
| 9/9/2016 | proofread the MAC appeal for 16-02 and printed out, assembled attachments, set up USPS mailings for each copy (Noridian, C@C, and Judge Goga) and emailed to JB.  Scanned and saved complete copy to system | 1.25 | $ 295.00 | 368.75 | |
| 9/19/2016 | review of secretaries motion | 0.75 | $ 500.00 | 375.00 | |
| 9/27/2016 | review of pleadings for oral argument | 0.5 | $ 500.00 | 250.00 | |
| 9/29/2016 | preparation for oral argument; oral argument; proposed order on remand; follow up with local counsel re proposed remand order; file request for administrative record | 3.5 | $ 500.00 | 1,750.00 | |
| 9/29/2016 | set up USPS Priority mailing for request for entire admin record from the MAC, in anticipation of remand from District Court.  Scanned copy to system | 0.25 | $ 295.00 | 73.75 | |
| 9/30/2016 | motion and proposed order; emails to local counsel re proposed order; review of remand regs; telephone conference local counsel | 4.16667 | $ 500.00 | 2,083.34 | |
| 9/21/2016 | postage | | | 6.45 | 7,823.95 |
| 8/5/2016 | telephone conference local counsel; draft opposition to request for remand | 2.5 | $ 500.00 | 1,250.00 | |
| 8/10/2016 | reviewed the secretary's motion to remand for Bloom civil action in VT | 0.25 | $ 295.00 | 73.75 | |
| 8/10/2016 | review of request for remand and response thereto | 2 | $ 500.00 | 1,000.00 | |
| 8/11/2016 | review of response to motion for remand | 1.5 | $ 500.00 | 750.00 | |
| 8/15/2016 | response to motion for remand | 7.75 | $ 500.00 | 3,875.00 | |
| 8/18/2016 | revision of response to motion; emails re same | 0.5 | $ 500.00 | 250.00 | |
| 8/20/2016 | response to motion for remand-adding citations for MAC delay; integrating case law | 3.5 | $ 500.00 | 1,750.00 | |
| 8/23/2016 | Federal action: proofread the response to the request for remand motion per DMP | 0.5 | $ 295.00 | 147.50 | |
| 8/29/2016 | review of Goga decision and email re same | 0.75 | $ 500.00 | 375.00 | 9,471.25 |
| 7/7/2016 | finished J Bloom PHB and created FedEx mailing for Judge Goga | 0.75 | $ 295.00 | 221.25 | |
| 7/26/2017 | FedEx | | | 34.17 | 255.42 |
| 6/26/2018 | completed and submitted the Response to Notice of Hearing for our ref no 16-02 case and faxed over an appointment or rep to Judge Goga's team.  Scanned and saved to system; sent JB a copy and recommended he complete it as well for his own participation | 0.5 | $ 295.00 | 147.50 | |
| 6/26/2016 | postage | | | 29.09 | 176.59 |
| 5/12/2017 | proofread, gathered the attachments for, made cop of and created FedEx shipment for J. Blooms ALJ request no 16-01 PHB to Judge Chinn.  Emailed copy to JB | 0.75 | $ 295.00 | 221.25 | |
| 5/27/2006 | FedEx | | | 14.13 | 235.38 |

**Parrish Law Offices**
**788 Washington Road**
**Pittsburgh, PA 15228**

3/26/2018

Jonathan Bloom
120 Nicklaus Circle
South Burlington, VT 05403

**TOTAL DUE**
**$ 118,829.99**

| Service Date | Description | QTY | Hourly Fee | Amount | Total per month |
|---|---|---|---|---|---|
| 4/11/2016 | emails J. Bloom re ALJ request | 0.5 | $ 490.00 | 245.00 | |
| 4/12/2016 | Searched for the MBPM cite for coverage of supplies for a covered device statement for ALJ request 16-01 | 0.5 | $ 295.00 | 147.50 | |
| 4/12/2016 | ALJ request for J. Bloom | 0.5 | $ 490.00 | 245.00 | |
| 4/13/2016 | revised the ALJ request letter for 16-01 (J Bloom); burned the attachments onto a CD; created FedEx shipment, created beneficiary list, created labels for CD and CD mailers and scanned and saved a copy re same. Emailed to JB for his records | 1 | $ 295.00 | 295.00 | |
| 4/13/2016 | appeal for J. Bloom claim | 0.5 | $ 490.00 | 245.00 | |
| 4/14/2016 | spoke with JB to coordinate sending the doctor letters and medical records via email rather than fax; saved and emailed documents to our system | 0.25 | $ 295.00 | 73.75 | |
| 4/21/2016 | wrote the federal complaint draft for the Jarboe, Dorman decisions after reviewing the ALJ and MAC decisions re the same; spoke with JB re the amounts in controversy and emailed to DMP to ensure federal jurisdiction and additional case that the MAC provided an extension of time for | 4.5 | $ 295.00 | 1,327.50 | |
| 4/22/2016 | reviewed the MAC decision that J. Bloom scanned over for M-15-1505 as well as the referral for the case from the AdQIC; revised the complaint draft for JB complaint; emailed with question to JB for his review | 2 | $ 295.00 | 590.00 | |
| 4/22/2016 | emails re MAC decision; prior appeals; outstanding questions | 1.33333 | $ 490.00 | 653.33 | |
| 4/25/2016 | spoke with DMP re the revisions of the counts in the complaint to combine ARB & Capr. With substantive evidence; wrote email to Vermont legal aid re the evidence that was offered below in JB's ALJ cases; made minor revisions to the body of the complaint | 0.5 | $ 295.00 | 147.50 | |
| 4/25/2016 | revision of Bloom complaint | 2.5 | $ 490.00 | 1,225.00 | |
| 4/25/2016 | revision of Boom complaint counts | 0.75 | $ 490.00 | 367.50 | |
| 4/26/2016 | reviewed the most recent draft of the complaint and spoke about streamlining the counts with DMP; scanned the favorable ALJ decisions separately and sent the four ALJ decisions, two MAC decisions, and extension letter to CN for attachments to the complaint | 1 | $ 295.00 | 295.00 | |
| 4/26/2016 | revision of Dr. Blooms complaint | 2.5 | $ 490.00 | 1,225.00 | |
| 4/28/2016 | reviewed the final draft of the complaint and made edits; emailed JB after sweep of ALJ decision, requesting the last of the five favorable decisions to submit with the complaint | 0.75 | $ 295.00 | 221.25 | |
| 4/28/2016 | revision of complaint | 1.5 | $ 490.00 | 735.00 | 8,038.33 |
| | | **244.50** | | | **$ 118,829.99** |

| | |
|---|---|
| Invoice Total | 118,829.99 |
| Total Hours | 244.50 |
| Total Fees | 117,296.33 |
| Total Expenses | 1,533.66 |

# SHEEHEY FURLONG & BEHM
## Time And Expense Details

Report ID: OT2025 - 41691  
Monday, March 26, 2018  
Date [01/01/2000 - 03/31/2018]  
Printed By KAD  
Page 1

| Client | Client Reporting Name | Matter | Matter Reporting Name | Billing Timekeeper |
|---|---|---|---|---|
| 005154 | Bloom, Jonathan A. DDS | 00001 | Bloom v. Secretary of Health a | Nolan, Craig S |

### Unbilled Time

| Date | Timekeeper | Hours Worked | Hours To Bill | Rate | Amount | Task | Activity | Narrative |
|---|---|---|---|---|---|---|---|---|
| 3/1/2018 | DMS | 4.50 | 4.50 | 125.00 | $562.50 | | | Proofread, edit, format motion for fees and costs; organize exhibits for same; prepare summary of SFB expenses for filing in support of motion; correspond D. Parrish, J. Pistorino (pro hac counsel) re same; telecon J. Pistorino re same confer JAB re citations in motion |
| 3/9/2018 | CSN | 0.20 | 0.20 | 350.00 | $70.00 | | | Review draft reply to motion to alter or amend judgment; by Atty Pistorino; correspond Atty Pistorino re same |
| 3/12/2018 | DMS | 1.00 | 1.00 | 125.00 | $125.00 | | | Proofread Reply in Support of Motion to Alter or Amend Judgment; make edits in redline; correspond pro hac vice counsel re same; confer pro hac vice counsel re same; file same |
| 3/16/2018 | CSN | 0.20 | 0.20 | 350.00 | $70.00 | | | Telecon Atty Pistorino re reply memo to be filed |

**Unbilled Time Totals**    5.90    5.90    $827.50

### Billed Time

| Date | Timekeeper | Hours Worked | Hours On Bill | Rate | Amount | Task | Activity | Narrative |
|---|---|---|---|---|---|---|---|---|
| 4/21/2016 | CSN | 0.90 | 0.00 | 325.00 | $0.00 | | | Telecon client, Atty Parrish re background [0.9 hrs NO CHARGE] |

| Post Date | Status | Entry Date | Original Post Period | Original Post Year |
|---|---|---|---|---|
| 04/30/2016 | Current Period | 04/21/2016 | 4 | 2016 |

| Date | Timekeeper | Hours Worked | Hours On Bill | Rate | Amount | Task | Activity | Narrative |
|---|---|---|---|---|---|---|---|---|
| 4/22/2016 | CSN | 0.40 | 0.40 | 325.00 | $130.00 | | | Correspond Atty Parrish re complaint; telecon client re suit |
| 4/25/2016 | CSN | 1.10 | 1.10 | 325.00 | $357.50 | | | Review draft complaint; correspond co-counsel, client re complaint, next steps |
| 4/26/2016 | CSN | 0.40 | 0.40 | 325.00 | $130.00 | | | Review revised complaint; correspond co-counsel re same |
| 4/29/2016 | CSN | 2.00 | 2.00 | 325.00 | $650.00 | | | Review and revise draft complaint, exhibits |
| 5/1/2016 | CSN | 0.10 | 0.10 | 325.00 | $32.50 | | | Correspond client, co-counsel re docketed complaint |
| 5/3/2016 | CSN | 0.10 | 0.10 | 325.00 | $32.50 | | | Correspond Atty Parrish re service of complaint |
| 6/9/2016 | CSN | 0.10 | 0.10 | 325.00 | $32.50 | | | Execute return of service of complaint |
| 6/22/2016 | CSN | 0.20 | 0.20 | 325.00 | $65.00 | | | Revise draft affidavit for admission pro hac vice of co-counsel |
| 6/23/2016 | AER | 0.50 | 0.00 | 0.00 | $0.00 | | | Hand-deliver two Motions for Admission Pro Hac Vice to U.S. District Court |
| 6/24/2016 | CSN | 0.20 | 0.20 | 325.00 | $65.00 | | | Telecon & correspond AUSA Ranaldo re government's motion to extend deadline for answer |
| 8/2/2016 | CSN | 0.10 | 0.10 | 325.00 | $32.50 | | | Telecon & correspond AUSA Renaldo re sentence 6 remand; correspond client, co-counsel re same |
| 8/3/2016 | CSN | 0.10 | 0.10 | 325.00 | $32.50 | | | Correspond Atty Parrish re remand request by government |
| 8/4/2016 | CSN | 0.20 | 0.20 | 325.00 | $65.00 | | | Review government's draft motion to remand |
| 8/5/2016 | CSN | 0.20 | 0.20 | 325.00 | $65.00 | | | Telecon Atty Parrish re government's draft motion to remand |
| 8/10/2016 | CSN | 0.20 | 0.20 | 325.00 | $65.00 | | | Review government's motion to remand |

# SHEEHEY FURLONG & BEHM
## Time And Expense Details

Report ID: OT2025 - 41691  
Monday, March 26, 2018  
Date [01/01/2000 - 03/31/2018]  
Printed By KAD  
Page 2

### Billed Time

| Date | Timekeeper | Hours Worked | Hours On Bill | Rate | Amount | Task | Activity | Narrative |
|---|---|---|---|---|---|---|---|---|
| 8/16/2016 | CSN | 0.30 | 0.30 | 325.00 | $97.50 | | | Review draft of opposition to government's motion to remand |
| 8/16/2016 | JAB | 1.30 | 0.00 | 0.00 | $0.00 | | | Review draft opposition to defendant's motion for remand; review defendant's motion for remand |
| 8/17/2016 | JAB | 7.70 | 0.00 | 0.00 | $0.00 | | | Review draft opposition to defendant's motion for remand; review decision of Medicare Appeals Council and Administrative Law Judges; confer CSN re opposition brief; compose email to Atty Parrish re same; research case law re sentence six remands |
| 8/17/2016 | CSN | 0.10 | 0.10 | 325.00 | $32.50 | | | Correspond Atty Parrish re draft opposition to motion to remand |
| 8/18/2016 | JAB | 8.50 | 0.00 | 0.00 | $0.00 | | | Research sentence six and sentence four remand case law, review same; review complaint and exhibits; review revised opposition to defendant's motion for remand; review Medicare statutory provisions re coverage determinations; review cases cited in defendant's motion to remand; draft outline for arguments in opposition brief |
| 8/19/2016 | JAB | 7.90 | 7.90 | 225.00 | $1,777.50 | | | Review sentence six and sentence four remand case law; confer CSN re same; compose email to Atty Parrish re case law support for opposition brief arguments; email correspondence with Atty Parrish re same |
| 8/20/2016 | JAB | 0.90 | 0.90 | 225.00 | $202.50 | | | Compose email to Atty Parrish re remand case law and suggested revisions to opposition brief |

| Post Date | Status | Entry Date | Original Post Period | Original Post Year |
|---|---|---|---|---|
| 08/31/2016 | Current Period | 08/20/2016 | 8 | 2016 |

| Date | Timekeeper | Hours Worked | Hours On Bill | Rate | Amount | Task | Activity | Narrative |
|---|---|---|---|---|---|---|---|---|
| 8/20/2016 | JAB | 1.60 | 0.00 | 0.00 | $0.00 | | | Compose email to Atty Parrish re case law support for arguments in opposition brief and suggested revisions to opposition brief |
| 8/23/2016 | CSN | 0.70 | 0.00 | 0.00 | $0.00 | | | Revise draft opposition to motion to remand |
| 8/24/2016 | CSN | 2.10 | 2.10 | 325.00 | $682.50 | | | Revise draft opposition to motion to remand |
| 9/29/2016 | CSN | 4.90 | 4.90 | 325.00 | $1,592.50 | | | Attend hearing on motion for remand; travel to/from Rutland for same; telecon Atty Parrish re same; confer AUSA Renaldo re same |
| 9/30/2016 | CSN | 0.20 | 0.20 | 325.00 | $65.00 | | | Telecon Atty Parrish re submission of proposed remand order language pertaining to deadline; review/revise same |
| 10/3/2016 | CSN | 0.20 | 0.20 | 325.00 | $65.00 | | | Review Atty Parrish's draft post-hearing memo; correspond Atty Parrish re same |
| 10/3/2016 | CSN | 1.50 | 1.50 | 325.00 | $487.50 | | | Revise draft post-hearing memo |
| 10/5/2016 | CSN | 0.90 | 0.90 | 325.00 | $292.50 | | | Revise post-hearing memo/proposed order; correspond Atty Parrish re same |
| 10/6/2016 | CSN | 0.40 | 0.40 | 325.00 | $130.00 | | | Review Secretary's post-hearing memo; telecon AUSA Renaldo re same |
| 10/27/2016 | CSN | 0.10 | 0.10 | 325.00 | $32.50 | | | Review Secretary's opposition to post-hearing memo; correspondence to Atty Parrish re same |
| 1/3/2017 | CSN | 0.10 | 0.10 | 335.00 | $33.50 | | | Correspond Atty Parrish re escalation |
| 1/9/2017 | CSN | 0.10 | 0.10 | 335.00 | $33.50 | | | Correspond Atty Parrish re administrative record, subsequent GCM claim, potential further hearing on motion for remand |
| 1/19/2017 | CSN | 0.10 | 0.10 | 335.00 | $33.50 | | | Correspond client re denial of Motion for Remand, next steps |
| 1/20/2017 | CSN | 0.10 | 0.10 | 335.00 | $33.50 | | | Correspond Attys Renaldo, Parrish re briefing schedule |
| 1/23/2017 | CSN | 0.20 | 0.20 | 335.00 | $67.00 | | | Correspond Atty Parrish re new ALJ decision, review by MAC |
| 1/29/2017 | CSN | 0.20 | 0.20 | 335.00 | $67.00 | | | Review MAC decision; correspond Atty D. Parrish, client re next steps |
| 1/30/2017 | CSN | 0.10 | 0.10 | 335.00 | $33.50 | | | Correspond Atty D. Parrish re amending complaint |
| 1/31/2017 | CSN | 0.30 | 0.30 | 335.00 | $100.50 | | | Review, revise draft Amended Complaint; correspond Atty D. Parrish re same |

# SHEEHEY FURLONG & BEHM
## Time And Expense Details

Report ID:   OT2025 - 41691  
Monday, March 26, 2018  
Date [01/01/2000 - 03/31/2018]  
Printed By   KAD  
Page           3

**Billed Time**

| Date | Timekeeper | Hours Worked | Hours On Bill | Rate | Amount | Task | Activity | Narrative |
|---|---|---|---|---|---|---|---|---|
| 2/3/2017 | CSN | 0.90 | 0.90 | 335.00 | $301.50 | | | Revise Amended Complaint |
| 2/8/2017 | CSN | 0.50 | 0.50 | 335.00 | $167.50 | | | Correspond Atty D. Parrish re Secretary's position on scheduling; correspond USAO re Amended Complaint; correspond Atty D. Parrish re Local Rules; telecon AUSA M. Renaldo re timing of answer/record |
| 2/22/2017 | CSN | 0.20 | 0.20 | 335.00 | $67.00 | | | Revise Opposition to Secretary's Motion for Extension to File Answer and Administrative Record; correspond Atty D. Parrish re same |
| 4/17/2017 | CSN | 0.10 | 0.10 | 335.00 | $33.50 | | | Correspond Atty Parrish re selection of ENE mediator |
| 4/18/2017 | CSN | 0.10 | 0.10 | 335.00 | $33.50 | | | Telecon clerk's office re eliminating ENE requirement in this matter; correspond Atty Parrish re same |
| 4/19/2017 | CSN | 0.20 | 0.20 | 335.00 | $67.00 | | | Telecon AUSA Renaldo re applicability of ENE (mediation) to this matter; correspond Atty Parrish re same |
| 4/26/2017 | CSN | 0.10 | 0.10 | 335.00 | $33.50 | | | Review Agency's draft motion to remove from ENE; correspond Atty Parrish, Renaldo re same |
| 6/6/2017 | CSN | 0.10 | 0.10 | 335.00 | $33.50 | | | Telecon AUSA Renaldo, court clerk re Court letter re discovery schedule |
| 6/9/2017 | CSN | 0.50 | 0.50 | 335.00 | $167.50 | | | Correspond AUSA Renaldo re scheduling order; revise proposed joint motion re same; telecons AUSA Renaldo re same |
| 6/13/2017 | CSN | 0.10 | 0.10 | 335.00 | $33.50 | | | Correspond AUSA Renaldo re motion schedule |
| 7/10/2017 | CSN | 4.20 | 2.90 | 335.00 | $971.50 | | | Revise draft motion for reversing Secretary's decision; correspond Atty Parrish re same; correspond client re same |

| Post Date | Status | Entry Date | Original Post Period | Original Post Year |
|---|---|---|---|---|
| 07/31/2017 | Current Period | 07/10/2017 | 7 | 2017 |

| Date | Timekeeper | Hours Worked | Hours On Bill | Rate | Amount | Task | Activity | Narrative |
|---|---|---|---|---|---|---|---|---|
| 9/20/2017 | CSN | 0.10 | 0.10 | 335.00 | $33.50 | | | Telecon Atty Petrino (Parrish associate) re reply brief |

| Post Date | Status | Entry Date | Original Post Period | Original Post Year |
|---|---|---|---|---|
| 09/30/2017 | Current Period | 09/20/2017 | 9 | 2017 |

| Date | Timekeeper | Hours Worked | Hours On Bill | Rate | Amount | Task | Activity | Narrative |
|---|---|---|---|---|---|---|---|---|
| 9/21/2017 | CSN | 0.20 | 0.20 | 335.00 | $67.00 | | | Correspond co-counsel re extension; correspond AUSA re same; draft motion to extend |
| 9/26/2017 | CSN | 0.90 | 0.90 | 335.00 | $301.50 | | | Review, revise, finalize draft reply brief; correspond Atty Parrish re same |
| 10/11/2017 | CSN | 0.10 | 0.10 | 335.00 | $33.50 | | | Correspond Atty Parrish re request by AUSA for extension |
| 10/13/2017 | CSN | 0.10 | 0.10 | 335.00 | $33.50 | | | Review sur-reply by agency |
| 10/31/2017 | CSN | 0.30 | 0.30 | 335.00 | $100.50 | | | Revise motion for leave to file notice of supplemental authority |
| 11/13/2017 | CSN | 0.10 | 0.10 | 335.00 | $33.50 | | | Correspond Atty Pistorino re reply re supplemental authority |
| 11/16/2017 | CSN | 0.20 | 0.20 | 335.00 | $67.00 | | | Revise draft reply re supplemental authority; correspond co-counsel re same |
| 12/7/2017 | CSN | 0.10 | 0.10 | 335.00 | $33.50 | | | Confer Atty Parrish re hearing |
| 1/3/2018 | CSN | 0.10 | 0.10 | 350.00 | $35.00 | | | Correspond Atty Parrish re draft letter requested by Court at hearing; review draft letter at request of Atty Parrish |
| 2/6/2018 | CSN | 0.50 | 0.50 | 350.00 | $175.00 | | | Telecon Atty Pistorino re Court decision, potential motion for reconsideration re jurisdictional issue, potential appeal re same |

# SHEEHEY FURLONG & BEHM
## Time And Expense Details

Report ID: OT2025 - 41691  
Monday, March 26, 2018  
Date [01/01/2000 - 03/31/2018]  
Printed By KAD  
Page 4

### Billed Time

| Date | Timekeeper | Hours Worked | Hours On Bill | Rate | Amount | Task | Activity | Narrative |
|---|---|---|---|---|---|---|---|---|
| 2/26/2018 | DMS | 0.70 | 0.70 | 125.00 | $87.50 | | | Proofread, edit motion to alter or amend judgment; file same per J. Pistorino; telecon, correspond J. Pistorino re same |

**Billed Time Totals**    57.70    35.20    $10,525.00

### Billed Expenses

| Date | Amount | Exp Code | Narrative |
|---|---|---|---|
| 4/29/2016 | $400.00 | CF | U.S. DISTRICT COURT -- filing fee |
| 5/31/2016 | $41.25 | PD | In-house postage -- May, 2016 |
| 6/23/2016 | $300.00 | CF | U.S. DISTRICT COURT -- pro hac vice admission fee (Parrish & Noonan) |
| 9/30/2016 | $81.00 | TE | CRAIG S. NOLAN; Travel to Rutland, VT 09/29/2016 |
| 9/30/2016 | $3.00 | TEM | CRAIG S. NOLAN; Travel expense (parking) expense Rutland, VT 09/29/2016 |
| 2/28/2017 | $29.40 | IHC | Document photocopy charge, 294 @ $.10/copy -- February, 2017 |

**Billed Expenses Totals**    $854.65

| | Hours Worked | Hours To Bill | Fee Amount | Expense Amount | Total Amount |
|---|---|---|---|---|---|
| **Report Totals** | 63.60 | 41.10 | $11,352.50 | $854.65 | $12,207.15 |

*** End Of Report ***