UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF VERMONT

---

JONATHAN A. BLOOM,

                Plaintiff,

v.                                                      Civil No. 5:16-cv-121

ALEX AZAR,
Secretary of the U.S. Department of Health
and Social Services,

                Defendant.

---

## DR. BLOOM'S UNOPPOSED NOTICE OF SUBSEQUENT AUTHORITY

Dr. Bloom respectfully files this Notice of Subsequent Authority to bring to the Court's attention the decision issued April 5, 2018, in *Lewis v. Azar*, Case No. 15-cv-13530 by the United States District Court for the District of Massachusetts.  *See* Exhibit A.  Like this Court, the Lewis Court rejected the Secretary's claim that a continuous glucose monitor ("CGM") is not durable medical equipment ("DME") and that it was barred from coverage because it is "precautionary" and does not replace fingersticks.  The Court further found that the Secretary's coverage denial was not supported by substantial evidence and ordered coverage of Ms. Lewis' Medtronic CGM device.  Likewise, this Court ordered coverage of Dr. Bloom's Medtronic CGM device.

This decision is relevant to at least Dr. Bloom's pending motion for fees (Doc. No. 53) and forms yet another in the "string of losses" the Secretary has suffered on this issue.

Dated at Burlington, Vermont this 12th day of April, 2018.

**JONATHAN A. BLOOM**

By: */s/ Debra M. Parrish*
Debra M. Parrish, Esq. (*pro hac vice*)
Bridget M. Noonan, Esq. (*pro hac vice*)
PARRISH LAW OFFICES
788 Washington Road
Pittsburgh, PA  15228
debbie@dparrishlaw.com
bridget@dparrishlaw.com

By: */s/ Craig S. Nolan*
Craig S. Nolan, Esq.
SHEEHEY FURLONG & BEHM P.C.
30 Main Street, 6th Floor
P.O. Box 66
Burlington, VT  05402-0066
(802) 864-9891
cnolan@sheeheyvt.com

**CERTIFICATE OF SERVICE**

I, Craig S. Nolan, counsel for Jonathan A. Bloom, do hereby certify that on April 12 2018, I electronically filed with the Clerk of Court the following document:

**DR. BLOOM'S UNOPPOSED NOTICE OF SUBSEQUENT AUTHORITY**

using the CM/ECF system.  The CM/ECF system will provide service of such filing via Notice of Electronic Filing (NEF) to the following NEF parties:

>Melissa A.D. Ronaldo, Esq.
>Assistant United States Attorney
>P.O. Box 570
>Burlington, VT 05401
>(802) 951-6725
>Melissa.Ronaldo@usdoj.gov

Dated at Burlington, Vermont this 12th day of April, 2018.

By: */s/ Craig S. Nolan*
Craig S. Nolan, Esq.
SHEEHEY FURLONG & BEHM P.C.
30 Main Street, 6th Floor
P.O. Box 66
Burlington, VT  05402-0066
(802) 864-9891
cnolan@sheeheyvt.com

3