UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF VERMONT

JONATHAN A. BLOOM,

           Plaintiff,

v.                                                      Civil No. 5:16-cv-121

ALEX AZAR,
Secretary of the U.S. Department of Health
and Social Services,

           Defendant.

## **JOINT MOTION FOR STAY**

Dr. Bloom and the Secretary (collectively, "the parties") jointly move the Court for a fourteen (14) day stay of any ruling on Dr. Bloom's motion for fees under the Equal Access to Justice Act. A stay is in the interests of justice and will allow the parties time to continue ongoing discussions and consider the relevant issues.

Date: June 6, 2018                            Respectfully submitted,

                                                  By:    */s/ Debra M. Parrish*
                                                             Debra M. Parrish, Esq. (*pro hac vice*)
                                                              Bridget M. Noonan, Esq. (*pro hac vice*)
                                                              PARRISH LAW OFFICES
                                                              788 Washington Road
                                                              Pittsburgh, PA  15228
                                                              debbie@dparrishlaw.com
                                                              bridget@dparrishlaw.com

                                                     By:    */s/ Craig S. Nolan*
                                                              Craig S. Nolan, Esq.
                                                              SHEEHEY FURLONG & BEHM P.C.
                                                              30 Main Street, 6th Floor
                                                              P.O. Box 66
                                                              Burlington, VT  05402-0066
                                                              (802) 864-9891
                                                              cnolan@sheeheyvt.com

9334975.16

Dated at Burlington, in the District of Vermont, this 15th day of June, 2018.

                CHRISTINA E. NOLAN
                United States Attorney

                By: */s/ Melissa A.D. Ranaldo*
                MELISSA A.D. RANALDO
                Assistant U.S. Attorney
                U.S. Attorney's Office, District of Vermont
                P.O. Box 570
                Burlington, VT 05402-0570
                (802) 951-6725
                Melissa.Ranaldo@usdoj.gov

## **CERTIFICATE OF SERVICE**

I, Robert LaMoy, Legal Assistant for the United States Attorney's Office for the District of Vermont, do hereby certify that I electronically filed this **JOINT MOTION FOR STAY** with the Clerk of the Court using the CM/ECF system, which will provide electronic service to the registered participants as identified on the Notice of Electronic Filing (NEF) generated in connection with this document.

I further certify that on the 15th day of June, 2018, I served the following party with this filing via first-class mail:

    Bridget M. Noonan, Esq.
    Parrish Law Offices
    788 Washington Road
    Pittsburgh, PA 15228

Dated at Burlington, in the District of Vermont, this 15th day of June, 2018.

    /s/ *Robert LaMoy*
    ROBERT LaMOY
    Legal Assistant
    P.O. Box 570
    Burlington, VT 05401
    Tel.: (802) 951-6725
    Fax: (802) 951-6540
    Robert.LaMoy@usdoj.gov