UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF VERMONT

---

JONATHAN A. BLOOM,

          Plaintiff,

v.                                                                              Civil No. 5:16-cv-121

ALEX AZAR,
Secretary of the U.S. Department of Health
and Social Services,

          Defendant.

---

## SECOND JOINT MOTION FOR STAY

Dr. Bloom and the Secretary (collectively, "the parties") jointly move the Court for an additional fourteen (14) day stay – until July 13, 2018 -- of any ruling on Dr. Bloom's motion for fees under the Equal Access to Justice Act.  A stay is in the interests of justice and will allow the parties time to continue ongoing discussions and consider the relevant issues.

Date: June 28, 2018                    Respectfully submitted,

                                               By:    */s/ Debra M. Parrish*
                                                      Debra M. Parrish, Esq. (*pro hac vice*)
                                                      Bridget M. Noonan, Esq. (*pro hac vice*)
                                                      PARRISH LAW OFFICES
                                                      788 Washington Road
                                                      Pittsburgh, PA  15228
                                                      debbie@dparrishlaw.com
                                                      bridget@dparrishlaw.com

                                               By:    */s/ Craig S. Nolan*
                                                        Craig S. Nolan, Esq.
                                                      SHEEHEY FURLONG & BEHM P.C.
                                                      30 Main Street, 6th Floor
                                                      P.O. Box 66
                                                      Burlington, VT  05402-0066
                                                      (802) 864-9891
                                                      cnolan@sheeheyvt.com

Dated at Burlington, in the District of Vermont, this 28th day of June, 2018.

                                                                CHRISTINA E. NOLAN
                                                                United States Attorney

                                                                By: */s/ Melissa A.D. Ranaldo*
                                                                MELISSA A.D. RANALDO
                                                                Assistant U.S. Attorney
                                                                U.S. Attorney's Office, District of Vermont
                                                                P.O. Box 570
                                                                Burlington, VT 05402-0570
                                                                (802) 951-6725
                                                                Melissa.Ranaldo@usdoj.gov

**CERTIFICATE OF SERVICE**

I, Robert LaMoy, Legal Assistant for the United States Attorney's Office for the District of Vermont, do hereby certify that I electronically filed this **SECOND JOINT MOTION FOR STAY** with the Clerk of the Court using the CM/ECF system, which will provide electronic service to the registered participants as identified on the Notice of Electronic Filing (NEF) generated in connection with this document.

I further certify that on the 28th day of June, 2018, I served the following party with this filing via first-class mail:

> Bridget M. Noonan, Esq.
> Parrish Law Offices
> 788 Washington Road
> Pittsburgh, PA 15228

Dated at Burlington, in the District of Vermont, this 28th day of June, 2018.

> /s/ *Robert LaMoy*
> ROBERT LaMOY
> Legal Assistant
> P.O. Box 570
> Burlington, VT 05401
> Tel.: (802) 951-6725
> Fax: (802) 951-6540
> Robert.LaMoy@usdoj.gov