UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF VERMONT

_____

JONATHAN A. BLOOM,

                Plaintiff,

  v.                                              Civil No. 5:16-cv-121

ALEX AZAR,
Secretary of the U.S. Department of Health
and Social Services,

                Defendant.

_____

## THIRD JOINT MOTION FOR STAY

Dr. Bloom and the Secretary (collectively, "the parties") jointly move the Court for an additional sixty (60) day stay – until September 11, 2018 – of any ruling on Dr. Bloom's motion for fees under the Equal Access to Justice Act. A stay is in the interests of justice and will allow the parties time to continue ongoing discussions and consider the relevant issues.

Date: July 12, 2018

                                      Respectfully submitted,

                By:    */s/ Debra M. Parrish*
                        Debra M. Parrish, Esq. (*pro hac vice*)
                        Bridget M. Noonan, Esq. (*pro hac vice*)
                        PARRISH LAW OFFICES
                        788 Washington Road
                        Pittsburgh, PA  15228
                        debbie@dparrishlaw.com
                        bridget@dparrishlaw.com

2

        By: */s/ Craig S. Nolan*
           Craig S. Nolan, Esq.
           SHEEHEY FURLONG & BEHM P.C.
           30 Main Street, 6th Floor
           P.O. Box 66
           Burlington, VT  05402-0066
           (802) 864-9891
           cnolan@sheeheyvt.com

Dated at Burlington, in the District of Vermont, this 12th day of July, 2018.

           CHRISTINA E. NOLAN
           United States Attorney

           By: */s/ Melissa A.D. Ranaldo*
           MELISSA A.D. RANALDO
           Assistant U.S. Attorney
           U.S. Attorney's Office, District of Vermont
           P.O. Box 570
           Burlington, VT 05402-0570
           (802) 951-6725
           Melissa.Ranaldo@usdoj.gov