UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF VERMONT

JONATHAN A. BLOOM,

        Plaintiff,

v.                                                    Civil No. 5:16-cv-121

ALEX AZAR,
Secretary of the U.S. Department of Health
and Social Services,

        Defendant.

## PLAINTIFF DR. BLOOM'S NOTICE OF APPEAL

Notice is hereby given that Dr. Bloom, plaintiff, in the above named case, hereby appeals to the United States Court of Appeal for the Second Circuit from the final judgment/order entered in this action on the May 15, 2018. The deadline for filing a Notice of Appeal was extended by 30 days pursuant to this Court's Order of July 17, 2018.

Dated at Burlington, Vermont this 13th day of August, 2018.

**JONATHAN A. BLOOM**

By:    */s/ Debra M. Parrish*
        Debra M. Parrish, Esq. (*pro hac vice*)
        Bridget M. Noonan, Esq. (*pro hac vice*)
        PARRISH LAW OFFICES
        788 Washington Road
        Pittsburgh, PA  15228
        debbie@dparrishlaw.com
        bridget@dparrishlaw.com

By: */s/ Craig S. Nolan*
Craig S. Nolan, Esq.
SHEEHEY FURLONG & BEHM P.C.
30 Main Street, 6th Floor
P.O. Box 66
Burlington, VT  05402-0066
(802) 864-9891
cnolan@sheeheyvt.com

## CERTIFICATE OF SERVICE

I, Craig S. Nolan, counsel for Jonathan A. Bloom, do hereby certify that on August 13, 2018, I electronically filed with the Clerk of Court the following document:

**PLAINTIFF DR. BLOOM'S NOTICE OF APPEAL**

using the CM/ECF system.  The CM/ECF system will provide service of such filing via Notice of Electronic Filing (NEF) to the following NEF parties:

> Melissa A.D. Ronaldo, Esq.
> Assistant United States Attorney
> P.O. Box 570
> Burlington, VT 05401
> (802) 951-6725
> Melissa.Ronaldo@usdoj.gov

Dated at Burlington, Vermont this 13th day of August, 2018.

By:  */s/ Craig S. Nolan*
Craig S. Nolan, Esq.
SHEEHEY FURLONG & BEHM P.C.
30 Main Street, 6th Floor
P.O. Box 66
Burlington, VT  05402-0066
(802) 864-9891
cnolan@sheeheyvt.com

3