UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF VERMONT

| | |
|---|---|
| JONATHAN A. BLOOM,  )<br>    Plaintiff,  )<br>  )<br>    v.  )<br>  )<br>ALEX M. AZAR II,  )<br>Secretary, U.S. Department  )<br>of Health and Human Services,  )<br>    Defendant.  ) | Civil No. 5:16-cv-121 |

## CERTIFICATE OF SERVICE

I, Robert LaMoy, Legal Assistant for the United States Attorney's Office for the District of Vermont, do hereby certify that the (**Third**) **Response to Plaintiff's Notice of Subsequent Authority** filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) generated in connection with this document:

| | |
|---|---|
| Craig S. Nolan, Esq.<br>SHEEHEY FURLONG & BEHM P.C.<br>30 Main Street, 6th Floor<br>P.O. Box 66<br>Burlington, VT 05402-0066 | Debra M. Parrish, Esq.<br>PARRISH LAW OFFICES<br>788 Washington Road<br>Pittsburgh, PA 15228 |

I further certify that on the 23rd day of August, 2018, I sent a true and correct copy of the above-mentioned filing to the following party entitled to manual service:

Bridget M. Noonan, Esq.
Parrish Law Offices
788 Washington Road
Pittsburgh, PA 15228

1

2

Dated at Burlington, in the District of Vermont, this 23rd day of August, 2018.

/s/ *Robert LaMoy*
ROBERT LaMOY
Legal Assistant
P.O. Box 570
Burlington, VT 05401
Tel.: (802) 951-6725
Fax: (802) 951-6540
Robert.LaMoy@usdoj.gov