**EXHIBIT A**

**(1) Unallowable Fees or Costs Related To Issues That The Court Ruled Against Plaintiff**

- Plaintiff's Motion to Alter or Amend Judgment

- Half of Bloom's Reply in support of Summary Judgment Motion

**(2) Other Fees Or Costs Related To The MAC Decision M-16-10554 or Other Administrative Proceedings Unrelated to *Bloom v. Azar, 5:16-cv-00121***

- Motion to Amend and Amended Complaint re MAC Decision M-16-10554

- Costs for appealing MAC Decision M-16-10554

- Costs for administrative litigation before an ALJ Chin (unrelated to any of the three claims in *Bloom v. Azar, 5:16-cv-00121*)

**(3) Duplicative Fees Given The Similarity To Other Cases Litigated By The Same Firm**

- Similar Complaints filed in *Whitcomb I* and *Whitcomb II and Lewis*.
  - *Whitcomb v. Burwell*, Docket No. 2:13-cv-00990, ECF Doc. 30 (May 6, 2014)
  - *Whitcomb v. Hargan,* Docket No. 2:17-cv-00014, ECF Doc. 1 (Jan. 4, 2017)
  - *Carol Lewis v. Azar*, C.A. No. 1:15-cv-13530 (D. Mass.), ECF Doc. 1 (Oct. 15, 2015)

- Similar Motions for Summary Judgment filed in *Whitcomb I* and *Whitcomb II*.
  - *Whitcomb v. Burwell*, Docket No. 2:13-cv-00990, ECF Doc. 48 (Oct. 30, 2014)
  - *Whitcomb v. Hargan,* Docket No. 2:17-cv-00014, ECF Doc 15 (June 20, 2017)
  - *Carol Lewis v. Azar*, C.A. No. 1:15-cv-13530 (D. Mass.), ECF Doc. 49 (Jan. 6, 2017)

- Similar EAJA Petitions filed in *Whitcomb I* and *Whitcomb II and Lewis.*
  - *Whitcomb v. Burwell*, Docket No. 2:13-cv-00990, ECF Doc. 53 (June 26, 2015)
  - *Whitcomb v. Hargan,* Docket No. 2:17-cv-00014, ECF Doc 23 (Nov. 30, 2017)
  - *Carol Lewis v. Azar*, C.A. No. 1:15-cv-13530 (D. Mass.), ECF Doc. 80 (May 4, 2018)