UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF VERMONT

| | |
|---|---|
| JONATHAN A. BLOOM, <br>     Plaintiff, <br><br> v. <br><br> ALEX M. AZAR II, <br> Secretary, U.S. Department <br> of Health and Human Services, <br>     Defendant. | ) <br> ) <br> ) <br> )  Civil No. 5:16-cv-121 <br> ) <br> ) <br> ) <br> ) <br> ) |

**GOVERNMENT'S NOTICE REGARDING END OF LAPSE IN APPROPRIATIONS**

The lapse in appropriations that began at midnight on December 21, 2018 ended in the evening hours of January 25, 2019 with a continuing resolution funding the Department of Justice through February 15, 2019. Because of this lapse in appropriations, the Court granted the government's motion for a stay of all deadlines in this case (ECF No. 81). Now that the lapse in appropriations is over, the government requests that the Court lift the stay. As described in the motion for stay that the Court granted, all deadlines in this case are extended commensurate with the duration of the lapse in appropriations. Therefore, the Government's supplemental brief regarding the reasonableness and precise amount of EAJA fees to be awarded shall be filed on or before February 8, 2019.

Dated at Burlington, in the District of Vermont, this 31st day of January, 2019.

    Respectfully submitted,

    UNITED STATES OF AMERICA

    CHRISTINA E. NOLAN
    United States Attorney

By:     /s/ *Melissa A. D. Ranaldo*
    MELISSA A.D. RANALDO
    Assistant U.S. Attorney
    P.O. Box 570
    Burlington, VT 05402-0570
    (802) 951-6725
    Melissa.Ranaldo@usdoj.gov