UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF VERMONT

| | |
|---|---|
| JONATHAN A. BLOOM, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 5:16-cv-121 |
| ) | |
| ALEX AZAR, Secretary of the U.S. ) | |
| Department of Health and Social Services, ) | |
| ) | |
| Defendant. ) | |

## ORDER

Before the Court is Dr. Jonathan A. Bloom's Unopposed Motion to Adjust Briefing Schedule. Pursuant to the Court's February 4, 2019 Order (Dkt. #85), additional briefing by the Secretary is due on December 18, 2020, and reply papers from Dr. Bloom are due thereafter. For the reasons stated in Dr. Bloom's Motion, the Motion is granted.

Accordingly, **IT IS HEREBY ORDERED**:

1. Bloom's Unopposed Motion to Adjust Briefing Schedule is GRANTED.

2. Dr. Bloom must file an opening brief on the issue of fees under the Equal Access to Justice Act (EAJA) no later than ten days after the Second Circuit Court of Appeals rules on Dr. Bloom's motion for appellate fees under the EAJA.

3. The opposition and reply briefs shall be filed in accordance with the normal rules.

**SO ORDERED**.

Dated at Rutland, in the District of Vermont, this 24th day of November, 2020.

*/s/* Geoffrey W. Crawford
Chief Judge
United States District Court