UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF VERMONT

JONATHAN A. BLOOM,

        Plaintiff,

v.                                                             Civil No. 5:16-cv-121

ALEX AZAR,
Secretary, United States Department of Health
and Human Services,

        Defendant.

## **STIPULATION OF DISMISSAL WITH PREJUDICE**

Plaintiff Jonathan A. Bloom and Defendant Alex M. Azar II, Secretary of the United States Department of Health and Human Services, by and through their respective counsel, pursuant to F.R.C.P. 41(a), stipulate that this action and all claims and counterclaims that were or could have been asserted by either party are hereby dismissed with prejudice, with each party to bear its own costs and attorneys' fees in accordance with the Settlement Agreement executed by the parties on Jan 5, 2021.

This Stipulation may be entered with the Clerk of the Court without further notice.

Dated at Burlington, Vermont this 6th day of January, 2021.

                                                               **JONATHAN A. BLOOM**

                                      By:    */s/ Debra M. Parrish*
                                                  Debra M. Parrish, Esq. (*pro hac vice*)
                                                  Bridget M. Noonan, Esq. (*pro hac vice*)
                                                  PARRISH LAW OFFICES
                                                  788 Washington Road
                                                  Pittsburgh, PA  15228
                                                  debbie@dparrishlaw.com
                                                  bridget@dparrishlaw.com

2

By:    */s/ Alexandrea L. Nelson*
Alexandrea L. Nelson, Esq.
SHEEHEY FURLONG & BEHM P.C.
30 Main Street, 6th Floor
P.O. Box 66
Burlington, VT  05402-0066
(802) 864-9891
anelson@sheeheyvt.com

**ALEX AZAR**

By:    */s/ Melissa A.D. Ranaldo*
Melissa A.D. Ranaldo
Assistant U.S. Attorney
United States Attorney's Office
P.O. Box 570
Burlington, VT 05402-0570
(802)-951-6725
Melissa.Ranaldo@usdoj.gov